IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ALFRED ASHFORD,** | : | |
| Plaintiff | : | No. 1:23-cv-01714 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **JOHN BURGOS, Correction Official,** | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 30th day of September 2025, after considering Defendant John Burgos's motion to dismiss this action for lack of prosecution under Federal Rule of Civil Procedure 41(b) and supporting brief (Doc. Nos. 9, 10), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's motion to dismiss this action for lack of prosecution (Doc. No. 9) is **GRANTED**, and this action is **DISMISSED WITH PREJUDICE**; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                                s/ Yvette Kane
                                                                Yvette Kane, District Judge
                                                                United States District Court
                                                                Middle District of Pennsylvania